| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIAN RIOS,<br><br>  Plaintiff,<br><br>v.<br><br>L3 TECHNOLOGIES, INC., et al.,<br><br>  Defendants. | No. 2:25-cv-02672-JAK (SSCx)<br><br>**ORDER RE PARTIES' JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41 (DKT. 14)**<br><br>**[JS6: CASE TERMINATED]** |

1

Based on a review of the Parties' Joint Stipulation to Dismiss Entire Action with Prejudice Pursuant to Fed. R. Civ. P. 41 (the "Stipulation" (Dkt. 14)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

This action is dismissed in its entirety, with prejudice. Each party shall bear its own attorney's fees and costs. All pending dates and deadlines are vacated. The case shall be closed by the Clerk.

**IT IS SO ORDERED.**

Dated:  November 5, 2025

John A. Kronstadt
United States District Judge

2